# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**DEMARIO D. WALKER, #L1625**                                   **PLAINTIFF**

**VERSUS**                     **CIVIL ACTION NO. 4:09-cv-127-TSL-LRA**

**BRENDA DELAINE, et al.**                                       **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the order denying *in forma pauperis* status and dismissing case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  8th  day of January, 2010.


                                              /s/Tom S. Lee
                                              UNITED STATES DISTRICT JUDGE